IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDON QUILES,** | Case No. 5:22-cv-03495-BLF |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES ROBERTSON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 28, 2022 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: __September 28, 2022__

*[signature]*
The Honorable Beth Labson Freeman