UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDON QUILES,<br><br>    Petitioner,<br><br>v.<br><br>JAMES ROBERTSON,<br><br>    Respondent. | Case No. 22-cv-03495 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE**<br><br>(Docket No. 14) |

Petitioner, a California inmate, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 28, 2022, the Court issued an order to show cause. Dkt. No. 11. Respondent filed an answer on November 21, 2022. Dkt. No. 12. Petitioner has filed a motion for extension of time to file a traverse. Dkt. No. 14.

In his motion, Petitioner states that he just received the order because of mail delays at the prison and that he has limited law library access. Dkt. No. 14-1. Having shown good cause, Petitioner's motion for an extension of time is **GRANTED**. As requested, Petitioner shall file a traverse **no later than March 6, 2023**.

This order terminates Docket No. 14.

**IT IS SO ORDERED.**

Dated: __December 21, 2022__

                                                                          BETH LABSON FREEMAN
                                                            United States District Judge