UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDON QUILES,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>JAMES ROBERTSON, Warden,<br><br>　　　　　　Respondent. | Case No.  22-03495 BLF (PR)<br><br>JUDGMENT |

For the reasons stated in the order denying the petition for a writ of habeas corpus, the petition is denied.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:　　June 27, 2023

BETH LABSON FREEMAN
United States District Judge

Case No. 22-03495 BLF (PR)
JUDGMENT